```
                IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                         FORT SMITH DIVISION
```

EDNA J. ROBERTS                                              PLAINTIFF

       v.     Civil No. 2:12-cv-02083-RTD-JRM

CAROLYN W. COLVIN, Commissioner
Social Security Administration                               DEFENDANT

## J U D G M E N T

Now on this 15th day of May 2013, comes for consideration the Report and Recommendation dated April 24, 2013, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.  ECF No. 13.  No objections to the Report and Recommendation were filed.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety.  Accordingly, the Court hereby adopts the Report and Recommendation and dismisses Plaintiff's Complaint with prejudice.

    IT IS SO ORDERED.

                                          */s/ Robert T. Dawson*
                                          Honorable Robert T. Dawson
                                          United States District Judge